IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12–13–M–DLC–3 |
| Plaintiff, | |
| vs. | ORDER |
| DIANE ELIZABETH WALTERS, | |
| Defendant. | |

Before the Court is Defendant Diane Elizabeth Walters' Motion for Early Termination of Supervised Release (Doc. 143). Defendant began serving her five-year term of supervised release on October 16, 2015, and has performed exceptionally while on supervision so far. Although Defendant has completed more than the one year of supervised release required for termination by 18 U.S.C. § 3583(e)(1), it is the practice of this court to require defendants to complete two-thirds of their supervised release terms before granting early termination. If this Motion were before the Court at a time when Defendant had completed two-thirds of her term of supervised release, and displayed the same record of success on supervision, it would be the Court's inclination to grant Defendant's Motion. However, Defendant is approximately eight months short of this mark.

Additionally, while Defendant need not demonstrate undue hardship in order to warrant early termination, it is worth noting that Defendant has done very well on supervised release so far and there is no indication that continued supervised release will prohibit Defendant from continuing to succeed going forward. Accordingly,

IT IS ORDERED that Defendant's Motion (Doc. 143) is DENIED SUBJECT TO RENEWAL at such time as Defendant has completed two-thirds of her five-year term of supervised release, namely February 26, 2019.

DATED this 18th day of June, 2018.

Dana L. Christensen, Chief Judge
United States District Court